IN THE MATTER OF THE ATTORNEY-GENERAL *v.* THE ATLANTIC MUTUAL LIFE INSURANCE COMPANY. — Appeal from order of FOLLETT, J., argued November, 1882 ; order affirmed. Mem. by LEARNED, P. J.

JAMES P. FARRELL, *Appellant, v.* FRANKLIN KRUM, *Respondent.* — Judgment reversed, new trial granted, reference discharged, costs to abide event. Mem. by LEARNED, P. J.

NATIONAL BANK OF KINDERHOOK, *Respondent, v.* JOHN M. CONWAY, *Appellant.* — Judgment and order affirmed, with costs.

ALONZO VAN ORDER, *Respondent, v.* HENRY A. MOTT, *Appellant.* — Judgment affirmed, with costs. Mem. by LEARNED, P. J.

WILLIAM SLOCUM, *Appellant, v.* MARY R. STODDARD, *Respondent.* — Judgment of County Court affirmed, with costs. Mem. by BOARDMAN, J.

THE PEOPLE OF THE STATE OF NEW YORK, *Appellant, v.* THE LONG ISLAND RAILROAD COMPANY and another, *Respondents.* — Judgment affirmed, with costs, on opinion of Court of Appeals in *People* v. *B., F. B. and C. Island R. R. Co.*

THE PEOPLE OF THE STATE OF NEW YORK, *Respondent, v.* WALTER V. PRICE, *Appellant.* — Appeal dismissed.

JOHN L. SNYDER, *Appellant, v.* SARAH E. SNYDER, *Respondent.* — Judgment affirmed, with costs.

JOSEPH M. PERQUA, *Appellant, v.* JOHN L. FRAKER, *Respondent.* — Judgment reversed, with costs.

ALONZO WELCH, *Respondent, v.* THE PRESIDENT, ETC., OF THE DELAWARE AND HUDSON CANAL COMPANY, *Appellant.* — Judgment and order affirmed, with costs. Opinion by BOARDMAN, J.

WILLIAM O. JARVIS, *as Executor,* etc., and another, *Respondents, v.* GIDEON B. VINCENT and others, *Appellants.* — Judgment affirmed, with costs. Mem. by LEARNED, P. J.

EDWARD C. WALRATH, *Appellant, v.* ABRAHAM WOHLGEMUTH, *Respondent.* — Judgment of County Court reversed and that of Justice affirmed, with costs. Mem. by LEARNED, P. J.

SEBA JANE GEDNEY, *Appellant, v.* DANIEL ROGERS, *Respondent.* — Judgment affirmed, with costs, on opinion of MARTIN, J.

FREDERICK SALOW, *Respondent, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Appellant.* — Judgment affirmed, with costs.

EDWARD BROUSSEAU, *Respondent, v.* GEORGE S. SHULTZ, *Appellant.* — Judgment affirmed, with costs, without prejudice to defendant's right to apply for leave to answer on terms. Mem. by BOARDMAN, J.

GEORGE CLARKE *v.* IRA DAVENPORT, *Comptroller,* etc. — Injunction granted in the four cases, only, which have not been tried, on giving security. Order to be settled by LEARNED, P. J.